IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DAVID GLEN WEEMS § § Petitioner, § § VS. § § NO. 3-07-CV-0576-K NATHANIEL QUARTERMAN, Director § Texas Department of Criminal Justice, § Correctional Institutions Division § § Respondent. § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court. Petitioner's "Grounds for Appeal", filed on June 2, 2009, which the Court construes as objections to the Findings and Recommendation of the Magistrate Judge, are **DENIED**.

SO ORDERED

Signed: June 15th, 2009.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE